United States District Court
Southern District of Texas
**ENTERED**
October 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONH DOE, | § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 4:23-cv-03683 |
| REALPAGE, INC. a/k/a LEASINGDESK SCREENING, | § § § | |
| Defendant. | § | |

## ORDER GRANTING REALPAGE, INC.'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on Defendant RealPage, Inc. a/k/a LeasingDesk Screening's ("RealPage") Unopposed Motion for Extension of Time to File Its Answer or Otherwise Respond to Plaintiff's Complaint.

The Court has considered RealPage's Motion, and it is so **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. RealPage shall file its Answer or otherwise respond to Plaintiff's Complaint no later than **November 16, 2023**.

DATED this __26th__ day of October, 2023.

_____
Honorable Sim Lake
United States District Court Judge

6587996.1