United States District Court
Southern District of Texas
**ENTERED**
November 17, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE, | Civil Action No. 4:23-cv-3683 |
| Plaintiff, | **ORDER** |
| v. | |
| REALPAGE, INC. a/k/a LEASINGDESK SCREENING, | |
| Defendant. | |

Upon consideration of Plaintiff John Doe's Motion for Leave to Proceed Under Pseudonym (the "Motion"), and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Dated: Nov. 17, 2023

_____
UNITED STATES DISTRICT COURT JUDGE

1