United States District Court
Southern District of Texas
**ENTERED**
February 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC. a/k/a LEASINGDESK SCREENING,<br><br>Defendant. | Civil Action No.: 4:23-cv-03683<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT REALPAGE, INC. a/k/a LEASINGDESK SCREENING** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant RealPage, Inc. a/k/a LeasingDesk Screening, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby **DISMISSED WITH PREJUDICE** as there are no remaining Defendants in this matter.

**IT IS SO ORDERED.**

Dated: FEB. 29, 2024

_____
THE HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE

1